# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-0867
_____

CLINTON WILLIAMS,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
PRUDENTIAL,

Appellees.

_____


On appeal from the Reemployment Assistance Appeals
Commission.
Frank Brown, Judge.


February 16, 2024


PER CURIAM.

AFFIRMED.

LEWIS, RAY, and NORDBY, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____


Clinton Williams, pro se, Appellant.

Amanda L. Neff, Deputy General Counsel, Reemployment Assistance Appeals Commission, Tallahassee, and Dorothy Venable DiFiore of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for Prudential.